SEAMEN'S BANK FOR SAVINGS IN THE CITY OF NEW YORK v. ARTHUR SMADBECK, as Executor of AUGUST HECKSCHER, Deceased.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of CHARLES H. JONES et al., as Executors of MARY E. JONES, Deceased, for Payment of an Award Made in a Proceeding to Acquire Title to Sunken Meadow Island in the Borough of Manhattan, City of New York. HERBERT A. KNEELAND, as Ancillary Executor of FLORENCE D. KITCHENER, Deceased, et al.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

STEPHEN CALLAGHAN et al. v. FRANK BAILEY et al., Impleaded with RAYMOND E. JONES et al.— Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CITY OF NEW YORK v. THOMAS DARLINGTON et al., as Trustees, Impleaded with Others.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. GOTHAM SILK HOSIERY COMPANY, INC.— Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CHARLES L. REESE, JR., v. TEXAS COMPANY.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ANTOINETTE M. CONDON, as Limited Ancillary Administratrix of the Estate of JAMES D. CONDON, Deceased, v. SIGMUND JANAS.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

MARISA MOREL et al. v. ELISHA HANSON et al.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

AMERICAN CASTYPE CORPORATION v. NILES-BEMENT-POND COMPANY.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

MARIE E. SMITH v. BERNARD TOBIAS.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PRESS-ON, INC., v. JACOB O. GOODMAN, Individually and Doing Business as MENDAIRE PRODUCTS MANUFACTURING COMPANY.— Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

HYMAN BERNSTEIN, Individually and as President, et al., v. MADISON BAKING CO., INC., et al.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.